FILED: October 8, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2019
(A095-123-850)
(A095-123-851)
(A095-123-852)

_____

KHALIL ZOUBAIRI; MOUAD ZOUBAIRI; ZAID KOUBAIRI

      Petitioners

v.

ATTORNEY GENERAL ERIC H. HOLDER, JR.

      Respondent

_____

O R D E R

_____

Upon review of submissions relative to the motion for stay pending appeal, the court denies the motion.

Entered at the direction of Judge Niemeyer with the concurrence of Chief Judge Traxler and Judge Shedd.

For the Court

/s/ Patricia S. Connor, Clerk