UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2019
(A095-123-850)
(A095-123-851)
(A095-123-852)

_____

KHALIL ZOUBAIRI; MOUAD ZOUBAIRI; ZAID ZOUBAIRI

    Petitioners

v.

ATTORNEY GENERAL ERIC H. HOLDER, JR.

    Respondent

_____

J U D G M E N T

_____

In accordance with the decision of this court, the petition for review is denied.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                    /s/ PATRICIA S. CONNOR, CLERK